

**ORDERED in the Southern District of Florida on March 30, 2017.**

*Laurel M. Isicoff*
Chief United States Bankruptcy Judge

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                                                                    CASE NO.: 16-25121-LMI
                                                                                              CHAPTER 7

Alberto B Fernandez
aka Alberto Barbaro FernandezHerrera
aka Alberto FernandezHerrera
aka Alberto Fernandez
aka Alberto B Fernandez-Herrera
aka Alberto Barbaro Fernandez
aka Alberto Barbaro Fernandez Herrera
aka Alberto Fernandez Herrera
aka Alberto B FernandezHerrera
aka Alberto B Fernandez, Sr.
aka Alberto Fernandez, Sr.
aka Alberto Barbaro Fernandez-Herrera
aka Alberto Barbaro Fernandez, Sr.
aka Alberto Fernandez-Herrera
aka Alberto B Fernandez Herrera,

  Debtor.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

17-003854 - CaC

PAGE 1

THIS CASE came on consideration without a hearing on BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO COUNTRYWIDE BANK, N.A. FORMERLY KNOWN AS TREASURY BANK, N.A.'s ("Secured Creditor") Motion for Relief from Stay (Docket No. 24), and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion.  Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at **6331 SHADYDALE AVE, SPRING HILL, FL 34609** in Miami Dade County, Florida, and legally described as:

   **LOT 8, BLOCK 1346 OF SPRING HILL, UNIT 20, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 9, PAGES 65-80, PUBLIC RECORDS OF HERBANDO COUNTY, FLORIDA**

   **TAX ID # :  R32 323 17 5200 1346 0080**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an in *personam* judgment against Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a

    forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5.    The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6.    Attorneys' fees in the amount of $750.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

Submitted By:
Shreena Augustin, Esq.
Robertson, Anschutz & Schneid, P.L.
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Shreena Augustin, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

ALBERTO B FERNANDEZ
AKA ALBERTO BARBARO FERNANDEZHERRERA
AKA ALBERTO FERNANDEZHERRERA
AKA ALBERTO FERNANDEZ
AKA ALBERTO B FERNANDEZ-HERRERA
AKA ALBERTO BARBARO FERNANDEZ
AKA ALBERTO BARBARO FERNANDEZ HERRERA
AKA ALBERTO FERNANDEZ HERRERA
AKA ALBERTO B FERNANDEZHERRERA
AKA ALBERTO B FERNANDEZ, SR.
AKA ALBERTO FERNANDEZ, SR.
AKA ALBERTO BARBARO FERNANDEZ-HERRERA
AKA ALBERTO BARBARO FERNANDEZ, SR.
AKA ALBERTO FERNANDEZ-HERRERA
AKA ALBERTO B FERNANDEZ HERRERA
340 E 51ST STREET
HIALEAH, FL   33013-1521

JOEL L TABAS, ESQ
14 NE 1 AVE PH
MIAMI, FL  33132

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130